IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-03054-CNS-TPO

TYLER LUETHJE,

    Plaintiff,

v.

TRAVIS KYLE,
SCOTT KELLY,

    Defendants.

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

Plaintiff and Defendants, by and through their respective attorneys, submit this Joint Motion to Amend the Scheduling Order, and state as follows:

1. The parties are currently in the process of exchanging discovery and scheduling depositions.

2. The parties have had a few disagreements about discovery but have been attempting to resolve those issues without court intervention.

3. Defendants' depositions are currently scheduled to occur on October 16, 2025, and October 17, 2025.

4. Plaintiff's deposition is currently scheduled to occur on October 24, 2025.

5. The current deadlines are as follows [ECF No. 45]:

    a) Deadline to serve written discovery: October 10, 2025

|   |    |                                        |                    |
|---|----|----------------------------------------|--------------------|
|   | b) | Affirmative expert disclosure:         | September 26, 2025 |
|   | c) | Rebuttal expert disclosure:            | October 27, 2025   |
|   | d) | Discovery cut-off:                     | November 26, 2025  |
|   | e) | Dispositive motions:                   | January 30, 2026   |

6. After conducting the parties' depositions, Plaintiff intends to conduct a Rule 30(b)(6) deposition of the Douglas County Sheriff's Office.

7. After the 30(b)(6) deposition, the parties will need sufficient time to obtain the transcripts, provide the transcripts to their experts, and request any remaining discovery.

8. As a result, the parties request to amend the deadlines as follows:

|   |    |                                        |                   |
|---|----|----------------------------------------|-------------------|
|   | a) | Deadline to serve written discovery:   | December 19, 2025 |
|   | b) | Affirmative expert disclosure:         | January 20, 2026  |
|   | c) | Rebuttal expert disclosure:            | February 19, 2026 |
|   | d) | Discovery cut-off:                     | March 13, 2026    |
|   | e) | Dispositive motions:                   | March 23, 2026    |

**WHEREFORE**, for good cause, the parties respectfully request that the Court amend the Scheduling Order consistent with the foregoing.

| s/ Zachary L. Shiffler | s/ Andrew C. Steers |
|---|---|
| Zachary L. Shiffler | Andrew C. Steers |
| Raymond K. Bryant | S. Kelly Dunaway |
| Civil Rights Litigation Group | Douglas County Attorney's Office |
| 1543 Champa St., #400 | 100 Third Street |
| Denver, CO 80202 | Castle Rock, CO 80104 |
| T: 720-515-6165 | T: 303-660-7414 |
| zach@rightslitigation.com | asteers@douglas.co.us |
| raymond@rightslitigation.com | kdunnawa@douglas.co.us |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFCATE OF SERVICE

I hereby certify that on this 10th day of September 2025, a true and correct copy of the foregoing **JOINT MOTION TO AMEND SCHEDULING ORDER** was filed electronically via ECF and is expected to be served on the following:

Andrew C. Steers
S. Kelly Dunaway
Douglas County Attorney's Office
100 Third Street
Castle Rock, CO 80104
T: 303-660-7414
asteers@douglas.co.us
kdunnawa@douglas.co.us
*Attorneys for Defendants*

                    **s/ Zachary L. Shiffler**
                    **Zachary L. Shiffler**

3