IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03054-CNS-TPO

TYLER LUETHJE,

    Plaintiff,

v.

TRAVIS KYLE and
SCOTT KELLY,

    Defendants.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on September 12, 2025.**

For good cause shown, the Parties' Joint Motion to Amend the Scheduling Order [ECF 53] is **granted**. The Court **modifies** Section 9 of the Scheduling Order at ECF 14 as follows:

| | |
|---|---|
| Serve Written Discovery Requests: | December 19, 2025 |
| Affirmative Expert Witness Reports: | January 20, 2026 |
| Rebuttal Expert Witness Reports: | February 19, 2026 |
| Discovery Cut-Off: | March 13, 2026 |
| Dispositive Motion Notice[1] Deadline: | March 23, 2026 |

---

[1] No later than **ten (10) days after the close of discovery**, a Party seeking to file a motion for summary judgment must email Judge Sweeney's Chambers (Sweeney_Chambers@cod.uscourts.gov), copying opposing counsel, to inform the Court of their intent to file such motion. The Parties shall comply with Judge Sweeney's Standing Order Regarding Federal Rule of Civil Procedure 56 Motions.